UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| RUSSELL L. STEWART, *ET AL.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO.: 2:11-CV-97 |
| ) | |
| ROBERT BOSCH, LLC, *ET AL*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated February 25 2013. In that Report and Recommendation, the Magistrate Judge recommends that the defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), [Doc. 19], be granted and that the suit by the plaintiffs be dismissed. The plaintiffs have filed objections to the Report and Recommendation, [Doc. 40].

After careful *de novo* consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that the plaintiffs' objections are OVERRULED, that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 39], that defendants' Motion to Dismiss, [Doc. 19], be GRANTED, and that the case be DISMISSED.

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE